# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GABRIEL YATES,

    *Plaintiff*,

vs.

NAPHCARE, INC*., et al.,*

    *Defendants*.

2:12-cv-01725-JCM-VCF

ORDER

    Plaintiff has not filed an amended complaint within the time allowed.  The prior order dismissed the complaint, as amended, without prejudice with leave to amend.  The order informed plaintiff that if he did not timely file an amended complaint, final judgment would be entered without further advance notice dismissing the action.

    IT THEREFORE IS ORDERED that this action shall be DISMISSED without prejudice.

    The clerk of court shall enter final judgment accordingly, dismissing this action without prejudice.

DATED:  July 25, 2014.

_____
JAMES C. MAHAN
United States District Judge